# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, OK

Dated: May 6, 2026

| | | |
|---|---|---|
| CESAR ALFREDO MONTERO MORA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-803-D |
| | ) | |
| STEVE KELLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

On April 29, 2026, the Court granted in-part Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and ordered Respondents to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or release him. [Doc. No. 12]. On May 5, 2026, Petitioner filed a motion to enforce the Court's April 29, 2026 Order. [Doc. No. 14]. Petitioner alleges that Respondents have not complied with the Court's Order because Immigration Judge Jacinto Palomino has twice denied Petitioner a bond hearing under 8 U.S.C. § 1226(a) despite being aware of this Court's Order. *Id.* Indeed, the transcript from the April 29, 2026 hearing reflects that the immigration judge refused to provide the Petitioner with a bond hearing as ordered by this Court because he disagreed with this Court's determination. [Doc. No. 14-5, at p. 4, 13-14] ("How could the district court decide that? Are they immigration court?"); *see also* [Doc. No. 14-2] (the immigration judge's April 29, 2026 order denying bond because the court lacks jurisdiction); [Doc. No. 14-3] (the immigration judge's May 5, 2026 order denying bond because no change in circumstances and court lacks jurisdiction).

On May 6, 2026, Respondents filed a Notice Regarding Bond Hearing asserting that they are "actively taking steps to resolve the issues set forth" in Petitioner's Motion to Enforce and "to ensure compliance with" the Court's April 29, 2026 Order. [Doc. No. 15]. Respondents assert that a third custody redetermination hearing has been rescheduled for May 6, 2026. *Id.*

Accordingly, Respondents are ordered to file a status report certifying compliance with the Court's April 29, 2026 Order, or show cause why they have failed to comply with the Order on or before May 7, 2026.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

*Joan Kane, Clerk*

**By:**    */s/ Jane Eagleston*
        **Deputy Clerk**

*Copies to all parties of record*